# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RYAN JACKSON,

        **Plaintiff,**

v.                                           **Case No:   6:13-cv-916-Orl-22TBS**

HOME TEAM PEST DEFENSE, INC.,

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 28) filed on February 11, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed February 13, 2014 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Motion for Approval of Settlement is hereby GRANTED. The Court fines the Settlement Agreement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

Clerk, Eleventh Circuit Court of Appeals
Case No. 13-15619-DD